UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sheila King,

    Plaintiff,

v.

Bank of America, N.A., *et. al.*,

    Defendants.
_____/

Case No. 16-13580
Hon. Sean F. Cox
Magistrate Judge Elizabeth A. Stafford

## ORDER ACCEPTING & ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sheila King ("Plaintiff") filed this action in state court against Bank of American, N.A., Hestia Capital Group, LLC, and Janus Capital Group, LLC, seeking a stay of the non-judicial sale of her foreclosed property, a cancellation of the resulting sheriff's deed, and various other claims relating to the foreclosure of the property. Plaintiff removed the action to this Court. (Doc. #1). Defendants Hestia Capital Group, LLC and Janus Capital Group, LLC, have filed a motion for judgment on the pleadings or, alternatively, for summary judgment. (Doc. #8). All dispositive matters were subsequently referred to Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. #12).

On April 17, 2017, Magistrate Judge Stafford issued a Report & Recommendation (Doc. #16, R&R), wherein she recommended that Defendants' motion be GRANTED and that Plaintiff's remaining claims be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de*

*novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendations. Therefore, the Court hereby **ACCEPTS AND ADOPTS** the April 17, 2017 R&R.

**IT IS ORDERED THAT** Defendants' motion for judgment on the pleadings or, alternatively, summary judgment (Doc. #8) is **GRANTED** and that Plaintiff's remaining claims are **DISMISSED** *SUA SPONTE*.

**IT IS SO ORDERED.**

Dated: May 11, 2017                                       s/Sean F. Cox
                                                          Sean F. Cox
                                                          U. S. District Judge


I hereby certify that on May 11, 2017, the foregoing document was served on counsel of record via electronic means and upon Sheila King via First Class mail at the address below:

Sheila King
3911 Wellington Street
Inkster, MI 48141

                                                          s/J. McCoy
                                                          Case Manager